ALBANY,
October, 1823.

IN THE MAT-
TER OF
DEWINT.

</div>

<div style="text-align: right">Rule accordingly.</div>

## In the matter of the petition of J. & E. DEWINT.

IN proceeding to enlarge and improve *Maiden Lane*, in the city of *New-York*, the Commissioners of Estimate and Assessment had reported a certain piece of land as belonging to *unknown owners*, whose damages had been assessed at $3515, and paid to the Clerk of this Court in that city, for the use of such unknown owners, pursuant to the 184th section of the *act to reduce the several laws relating particularly to the city of New-York, into one act.* (2 *R. L.* 418-19.) On the petition of *J. & E. Dewint*, setting forth the proceedings of the corporation in this matter, and that they were the owners, and on their own affidavit verifying their petition, and of having served copies of these papers, and a notice of their application, on the Recorder, in the absence of the Mayor of that city,

The Court were now moved for a rule, that the Clerk pay over the money to them.

*Curia.* In this case, we direct the applicants to publish in one of the the daily newspapers, printed in the city of *New-York*, a notice, that they will renew their motion at the next term of this Court, describing therein the property mentioned in the petition. Let them also give a like notice to the corporation of the city, and they may then renew their motion accordingly.

<div style="text-align: right">Rule accordingly.</div>

Several of the like applications having been made in the course of the term, the Court adopted the general rule which follows:

<div style="text-align: center">

**GENERAL RULE.**

*November 12th*, 1823.

</div>

ORDERED, That, in all cases, where the Commissioners of Estimate and Assessment, for any improvements in the city

*(margin note:)* Where the commissioners of estimate and assessment in the city of *New-York*, assess the damages of unknown owners, which are levied and paid into the clerk's office of this court, according to the 184th section of the act to reduce the several laws relating particularly to the city of *New-York*, into one act, (2 *R. L.* 418, 19,) in order to entitle the persons claiming to be owners, to move to have the monies paid over to them, they must publish notice of their application, describing the property for which they claim the money, for 6 weeks in one of the daily papers published in the city of *New-York*, and also give a like notice to the corporation of the city.

of *New York,* have returned, in their assessment, property belonging to owners unknown, and the corporation have paid the amount of said assessment into this Court, the persons applying therefor, shall, for six weeks successively, previous to the application, publish in one of the daily newspapers, printed in the city of *New-York,* a notice of their intended application, describing the property for which they claim the money, and also give a like notice to the corporation of said city.